Appeals for the Seventh Circuit denied. *Solicitor General Biggs* and *Mr. Erwin N. Griswold* for the United States. *Mr. George I. Haight* for respondents.

No. 523. BROWN SHOE CO. *v.* CARNS, TRUSTEE. November 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Ralph T. Finley, James C. Jones, Lon O. Hocker, Frank H. Sullivan, James C. Jones, Jr., Frank Y. Gladney,* and *Wm. O. Reeder* for petitioner. *Messrs. Patrick H. Cullen* and *Thos. T. Fauntleroy* for respondent.

No. 528. CRUCIBLE STEEL CASTING CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George M. Morris* for petitioner. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold, Sewall Key,* and *S. Dee Hanson* for respondent.

No. 530. WELLS, RECEIVER, *v.* SIMONS. November 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Thos. C. Ridgway* for petitioner. No appearance for respondent.

No. 532. GREENHUT, TRUSTEE IN BANKRUPTCY, *v.* NATIONAL COMMERCIAL TITLE & MORTGAGE GUARANTY CO. November 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit de-